THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE W. MEEKS, Appellant, *v.* MICHAEL J. DRUMMOND, as Commissioner of the Department of Charities of the City of New York, et al., Respondents.

*People ex rel. Meeks v. Drummond,* 156 App. Div. 926, affirmed.
(Argued February 26, 1914; decided March 17, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1913, which modified and affirmed as modified an interlocutory judgment of Special Term sustaining a demurrer to an alternative writ of mandamus to compel defendants to restore relator to the position of superintendent of the bureau of dependent adults.

*James F. Swanick* for appellant.

*Frank L. Polk,* Corporation Counsel (*Terence Farley* and *William E. C. Mayer* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.